# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA et al.,<br><br>    Defendants. | 2:16-cv-00108-JAD-NJK<br><br>**ORDER** |

**I.   DISCUSSION**

On September 23, 2016, the parties reached a settlement during the Inmate Early Mediation Conference. (ECF No. 9).  Defendants now file a motion for an extension of time to execute a binding settlement agreement. (ECF No. 11 at 2).  The Court grants the motion to extend the stay through Friday, October 28, 2016. The parties shall file their stipulation to dismiss the case on or before Friday, October 28, 2016.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 11) is granted.  The stay is extended through Friday, October 28, 2016.  The parties shall file their stipulation to dismiss the case on or before Friday, October 28, 2016.

DATED: This __28th__ day of September, 2016.

_____
United States Magistrate Judge