Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Harlod Cee Heckendorn

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARLOD CEE HECKENDORN,<br><br>Plaintiff;<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-02332-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS**<br><br>[First Request] |

COMES NOW, Plaintiff, HAROLD CEE HECKENDORN, and Defendants ELDORADO RESORTS CORPORATION, ET AL., by and through their undersigned counsel, and hereby stipulate to extend the time for filing settlement documents from the current deadline of October 28, 2019, until November 4, 2019. Settlement has been reached in this matter and the parties have exchanged settlement documents and are finalizing the release language. Such extension is necessary to finalize the settlement documents and is made in good faith and not for the purposes of delay. This is the first request for extension regarding the settlement documents.

//

//

//

Dated: October 28, 2019

Respectfully submitted,

*/s/ Joseph M. Ortuno*
Daniel R. Watkins, Esq.
Joseph M. Ortuno, Esq.
WATKINS & LETOFSKY, LLP
Attorneys for Plaintiff

Dated: October 28, 2019

Respectfully submitted,

*/s/ Jill Garcia*
Anthony L. Martin, Esq.
Jill Garcia, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: __October 29_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE