Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

*Attorneys for Plaintiff, Harlod Cee Heckendorn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARLOD CEE HECKENDORN,<br><br>Plaintiff;<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-02332-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Harold Cee Heckendorn and Defendant Eldorado Resorts Corporation, et al., by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

IT IS SO ORDERED:

//

//

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of November, 2019.

---

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

-1-

Dated: November 4, 2019

Respectfully submitted,

*/s/ Joseph M. Ortuno*
Daniel R. Watkins, Esq.
Joseph M. Ortuno, Esq.
WATKINS & LETOFSKY, LLP

*Attorneys for Plaintiff*

Dated: November 4, 2019

Respectfully submitted,

*/s/ Jill Garcia*
Anthony L. Martin, Esq.
Jill Garcia, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**
-2-